# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATHEW CATE, et al.,<br><br>　　　　Defendants. | CASE NO. 1:10-cv-01917-AWI-SKO PC<br><br>ORDER STRIKING UNSIGNED AMENDED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 18) |

　　　Plaintiff Carlos Villegas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010. On February 16, 2012, Plaintiff filed an amended complaint in compliance with the Court's screening order of January 3, 2012. However, Plaintiff neglected to sign the complaint. Unsigned filings cannot be considered. Fed. R. Civ. P. 11(a); Local Rule 131.

　　　Accordingly, Plaintiff's unsigned amended complaint is HEREBY STRICKEN from the record and Plaintiff shall file a signed amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:**　　February 21, 2012　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE