# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS,<br><br>           Plaintiff,<br><br>      v.<br><br>MATHEW CATE, et al.,<br><br>           Defendants.<br>_____/ | Case No. 1:10-cv-01917-AWI-SKO PC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION, WITH PREJUDICE<br><br>(Doc. 33) |

Plaintiff Carlos Villegas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010.  This action is proceeding on Plaintiff's amended complaint against Defendant Neubarth for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment of the United States Constitution.

On August 19, 2013, the Court issued an order denying Plaintiff's motion for the issuance of a subpoena for service on Defendant.  On September 23, 2013, Plaintiff filed a motion for reconsideration.

Plaintiff has identified no basis for reconsideration.  Fed. R. Civ. P. 60(b); Local Rule 230(j).  The Court and the United States Marshal are in the process of serving Defendant, and the issuance of another subpoena is not necessary at this time.  If an order directing re-service with new documents becomes necessary, the Court will issue an order.

Accordingly, Plaintiff's motion for reconsideration is HEREBY DENIED, with prejudice.

IT IS SO ORDERED.

Dated:   **September 27, 2013**           /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE