# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS, | Case No.  1:10-cv-01917-AWI-SKO PC |
| Plaintiff, | ORDER DISCHARGING ORDER DIRECTING UNITED STATES MARSHAL'S OFFICE TO SERVE DEFENDANT NEUBARTH |
| v. | |
| MATHEW CATE, et al., | (Doc. 29) |
| Defendants. | |
| _____/ | |

Plaintiff Carlos Villegas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010.  This action is proceeding on Plaintiff's amended complaint against Defendant Neubarth for allegedly violating Plaintiff's Eighth Amendment rights under the United States Constitution.

On December 6, 2012, the Court ordered the United States Marshal's Office ("USM") to initiate service of process on Defendant Neubarth.  Defendant Neubarth filed an answer on January 29, 2014, and the USM need not take any further steps to serve Defendant.  Accordingly, the service order is HEREBY DISCHARGED and the USM may close its service file for this case.

IT IS SO ORDERED.

Dated:   **January 30, 2014**          **_____/s/ Sheila K. Oberto_____**
                                    UNITED STATES MAGISTRATE JUDGE