1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS, | Case No.  1:10-cv-01917-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION AND DIRECTING CLERK'S OFFICE TO PROVIDE COPY OF AMENDED COMPLAINT AND DOCKET |
| v. | |
| MATHEW CATE, et al., | (Docs. 22 and 35) |
| Defendants. | |
| _____/ | |

        Plaintiff Carlos Villegas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010.   This action is proceeding on Plaintiff's amended complaint against Defendant Neubarth for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment of the United States Constitution.

        On November 25, 2013, Plaintiff filed a motion seeking a copy of his amended complaint following an incident in which his copy was damaged beyond repair.   Good cause having been shown, Plaintiff's motion is GRANTED, and the Clerk's Office shall send Plaintiff a courtesy copy of his amended complaint and the docket.

IT IS SO ORDERED.

    Dated:   __January 30, 2014__                    _____/s/ Sheila K. Oberto__
                                                                    UNITED STATES MAGISTRATE JUDGE