# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CARLOS VILLEGAS,

          Plaintiff,

      v.

MATHEW CATE, et al.,

          Defendants.

_____/

Case No.  1:10-cv-01917-AWI-SKO (PC)

ORDER STRIKING REPLY TO ANSWER

(Doc. 45)

Plaintiff Carlos Villegas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010.  This action is proceeding on Plaintiff's amended complaint against Defendant Neubarth for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment of the United States Constitution.

On March 19, 2014, Plaintiff filed a reply to Defendant's answer.  Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the Court requiring one.  Fed. R. Civ. P. 7(a)(7).  In this case, the Court did not order a reply to the answer, and Plaintiff's reply is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **March 24, 2014**                    **/s/ Sheila K. Oberto**

                                    UNITED STATES MAGISTRATE JUDGE