# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS, | Case No. 1:10-cv-01917-AWI-SKO (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF DOCKET AND SCHEDULING ORDER |
| v. | |
| MATHEW CATE, et al., | (Doc. 49) |
| Defendants. | |

Plaintiff Carlos Villegas, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010. This action is proceeding on Plaintiff's amended complaint against Defendant Neubarth for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment of the United States Constitution.

On September 2, 2014, Plaintiff filed a notice of change of address in which he also informed the Court that he lacks access to his legal material. The Court does not have jurisdiction over prison officials at Terre Haute Correctional Institution and cannot order them to provide Plaintiff with his property, as he requests. *See e.g.*, *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998); *American Civil Liberties Union of Nevada v. Masto*, 670 F.3d 1046, 1061-62 (9th Cir. 2012). Additionally, federal courts must avoid such unwarranted intervention into what is a day-to-day prison management issue. *See e.g.*, *Bell v. Wolfish*, 441 U.S. 520, 545-46, 99 S.Ct. 1861 (1979); *Griffin v. Gomez*, 741 F.3d 10, 20-1 (9th Cir. 2014). The

Court notes that some delay between arrival at a new facility and access to personal property can reasonably be anticipated, and this appears to be what Plaintiff is experiencing.  The Court will direct the Clerk's Office to send Plaintiff a copy of the docket and a copy of the scheduling order, which should be of more than adequate assistance to him at this juncture.

Accordingly, the Clerk's Office is HEREBY DIRECTED to send Plaintiff a copy of the docket and a copy of the discovery and scheduling order filed on January 31, 2014.

IT IS SO ORDERED.

Dated:   **September 5, 2014**                             **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE