# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS, | Case No. 1:10-cv-01917-AWI-SKO (PC) |
| Plaintiff, | ORDER STRIKING NOTICE AS PROCEDURALLY DEFICIENT |
| v. | (Doc. 52) |
| MATHEW CATE, et al., | |
| Defendants. | |

Plaintiff Carlos Villegas, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010. This action is proceeding on Plaintiff's amended complaint against Defendant Neubarth for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment of the United States Constitution. This matter is set for jury trial on June 9, 2015, before the Honorable Anthony W. Ishii.

On January 16, 2015, Defendant Neubarth filed a "Response to Court Order," in which he seeks to modify the scheduling orders to file a dispositive motion and to continue the trial date. Fed. R. Civ. P. 16(b)(4). (Docs. 39, 51.) Defendant Neubarth's response, which is not supported

///
///
///
///

1  by citation to any authority, fails to comply with Local Rules 230(b) and (*l*).  Accordingly, the
2  notice is HEREBY STRICKEN from the record as procedurally deficient.

3
4  IT IS SO ORDERED.

5  Dated:   **January 20, 2015**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE