# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MATHEW CATE, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-01917-SKO (PC)<br><br>ORDER VACATING (1) SECOND SCHEDULING ORDER AND (2) AMENDING DISCOVERY AND SCHEDULING ORDER TO EXTEND DISCOVERY AND PRETRIAL DISPOSITIVE MOTION DEADLINES<br><br>(Docs. 39, 54, and 56)<br><br>Discovery Deadline: 07/09/2015<br>Pretrial Dispositive Motion Deadline: 09/09/2015 |

Plaintiff Carlos Villegas, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010. This action is proceeding on Plaintiff's amended complaint against Defendant Neubarth for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment of the United States Constitution.

On December 17, 2014, the Court issued a scheduling order setting this matter for jury trial. (Doc. 51.) The parties now seek to vacate that scheduling order and set new discovery and pretrial dispositive motion deadlines. Fed. R. Civ. P. 16(b)(4). (Docs. 54, 56.) In light of the parties' agreement on this matter, and good cause having been shown with respect to the disruption in Plaintiff's access to his legal property following his transfer from state to federal prison, the Court HEREBY ORDERS as follows:

1. The second scheduling order, filed on December 17, 2014, is VACATED; and
2. The discovery and scheduling order filed on January 31, 2014, is amended as follows:
   a. The deadline for the completion of all discovery, including filing motions to compel, is extended to July 9, 2015; and
   b. The pretrial dispositive motion deadline is extended to September 9, 2015.

IT IS SO ORDERED.

Dated:   **February 3, 2015**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

2