# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS, | Case No. 1:10-cv-01917-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION AS MOOT IN LIGHT OF AMENDED SCHEDULING ORDER REOPENING DISCOVERY |
| v. | |
| MATHEW CATE, et al., | (Doc. 63) |
| Defendants. | |

Plaintiff Carlos Villegas, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010. This action is proceeding on Plaintiff's amended complaint against Defendant Neubarth for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment of the United States Constitution.

On March 13, 2016, Plaintiff filed a motion entitled "Motion to Restart Time Order Interrogatories." On February 4, 2015, the Court issued an amended scheduling order setting a new discovery deadline of July 9, 2015, and a new pretrial dispositive motion deadline of

///
///
///
///
///

September 9, 2015.  In light of the order reopening discovery, Plaintiff's motion for leave to serve interrogatories, which are a discovery device, is moot and is HEREBY DENIED on that ground.

IT IS SO ORDERED.

Dated: **March 19, 2015**                    /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE