# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS, | Case No. 1:10-cv-01917-SKO (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER AND EXTENDING PRETRIAL DISPOSITIVE MOTION DEADLINE TO NOVEMBER 9, 2015 |
| v. | |
| MATHEW CATE, et al., | |
| Defendants. | (Doc. 67) |

Plaintiff Carlos Villegas, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010.  This action is proceeding on Plaintiff's amended complaint against Defendant Neubarth for violation of the Eighth Amendment of the United States Constitution.  On September 9, 2015, Defendant filed a motion seeking to modify the scheduling order to extend the pretrial dispositive motion deadline fourteen days.  Plaintiff has not filed a response.  Local Rule 230(*l*).

Good cause having been shown and in the absence of any prejudice to Plaintiff, Defendant's motion is GRANTED.  Fed. R. Civ. P. 16(b)(4).  In light of the reasons underlying the extension, the pretrial dispositive motion deadline is extended to **November 9, 2015**.

IT IS SO ORDERED.

Dated:  **October 9, 2015**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE