1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

CARLOS VILLEGAS,                              Case No. 1:10-cv-01917-SKO (PC)

11
                     Plaintiff,               ORDER REQUIRING PLAINTIFF TO FILE
                                              OPPOSITION OR STATEMENT OF NON-
12
             v.                               OPPOSITION WITHIN TWENTY-ONE
                                              DAYS
13
MATHEW CATE, et al.,
                                              (Doc. 69)
14
                     Defendants.
15       _____/

16          Plaintiff Carlos Villegas, a prisoner proceeding pro se and in forma pauperis, filed this

17   civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2010.  This action is proceeding on

18   Plaintiff's amended complaint against Defendant Neubarth for violation of the Eighth Amendment

19   of the United States Constitution.  On November 9, 2015, Defendant filed a motion for summary

20   judgment.  Fed. R. Civ. P. 56.

21          Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a

22   statement of non-opposition to Defendant's motion within **twenty-one (21) days**.  **Plaintiff is**

23   **warned that the failure to comply with this order will result in dismissal of this action, with**

24   **prejudice, for failure to prosecute**.

IT IS SO ORDERED.

25

26   Dated:  __November 10, 2015__                    _____/s/ Sheila K. Oberto_
                                                     UNITED STATES MAGISTRATE JUDGE

27

28